No. 397.   LOVE *v.* NEWBURY, *ante,* p. 889;

No. 447.   BLASKI ET AL. *v.* DAVIDSON, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 872;

No. 560.   EASTER *v.* GATES, SECRETARY OF THE NAVY, *ante,* p. 895;

No. 116, Misc.   ROGERS *v.* TEETS, WARDEN, *ante,* p. 896; and

No. 195, Misc.   RHEIM *v.* MURPHY, WARDEN, *ante,* p. 898.   Petitions for rehearing denied.


JANUARY 27, 1958.


No. 655.   DONG WING OTT ET AL. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.   On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit.   The motion to substitute John L. Murff as party respondent in the place and stead of Edward J. Shaughnessy, retired, is granted.   *Elmer Fried* was on the motion for petitioners.


No. 84, Misc.   LOWERY *v.* MURPHY, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, and *William C. Robbins,* Assistant Attorney General, for respondent.


No. 314, Misc.   HENRY *v.* ELLIS, DIRECTOR, TEXAS PRISON SYSTEM;

No. 316, Misc.   FRIERSON *v.* LOONEY, WARDEN;

No. 317, Misc.   JACKSON *v.* STEINER, WARDEN; and

No. 321, Misc.   CAMMARATA *v.* BANNAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.